# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKYE SMITH, | Case No. 1:06-cv-01186 AWI TAG |
| Plaintiff, | ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO FILE OPENING BRIEF |
| v. | |
| MICHAEL J. ASTRUE,[1] Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Jackye Smith ("plaintiff"), represented by counsel, seeks judicial review of an administrative decision denying plaintiff's claim for benefits under the Social Security Act.

This Court issued its September 1, 2006, Scheduling Order to require plaintiff to file and serve an opening brief within 30 days of the letter brief of the Social Security Administration ("SSA"). The Scheduling Order explains to plaintiff that "[v]iolations of this order or of the federal or local rues of procedure may result in sanctions pursuant to Local Rule 11-110." (Doc. 8).

On November 17, 2006, the SSA filed its notice of lodging of the administrative record to initiate the briefing. (Doc. 14). The Court calculates February 20, 2007, as the deadline to file and serve plaintiff's opening brief. Plaintiff has filed no opening brief in compliance with this Court's orders.

Accordingly, this Court ORDERS plaintiff, no later than April 20, 2007, to show cause in writing why sanctions, including dismissal of this action, should not be imposed for plaintiff's

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).

1  failure to file an opening brief and to comply with this Court's orders.  This Court will vacate this
2  Order to Show Cause if plaintiff files and serves his opening brief no later than April 16, 2007.
3  **Plaintiff is admonished that failure to timely comply with this order will result in a**
4  **recommendation to dismiss this action.**

6  IT IS SO ORDERED.
7  Dated:   **April 6, 2007**                                          /s/ Theresa A. Goldner
   **j6eb3d**                                                   UNITED STATES MAGISTRATE JUDGE