# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKYE SMITH,<br><br>        Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,[1]<br>Commissioner of Social Security,<br><br>        Defendant.<br>_____/ | Case No. 1:06-cv-01186 AWI TAG<br><br>ORDER DISCHARGING<br>ORDER TO SHOW CAUSE<br>(Doc. 17)<br><br>ORDER GRANTING PLAINTIFF'S<br>REQUEST FOR AN EXTENSION OF<br>TIME TO FILE HER OPENING BRIEF<br>(Doc. 18) |

This Court having received Plaintiff's "Response to Order to Show Cause" (Doc. 18), and good cause appearing,

IT IS ORDERED that

1. The Court's Order to Show Cause Why Sanctions Should Not Be Imposed For Failure to File Opening Brief (Doc. 17) is hereby DISCHARGED; and

2. Plaintiff's request for an extension of time to May 11, 2007, to file her opening brief (Doc. 18) is GRANTED.

IT IS SO ORDERED.

Dated:  **April 23, 2007**　　　　　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

---

[1] Michael J. Astrue is substituted for his predecessor, Jo Anne B. Barnhart, as the Commissioner of the Social Security Administration. 42 U.S.C. § 405(g); Fed. R. Civ. P. 25(d)(1).