1  **ROBERT ISHIKAWA - 90621**
Bromberg & Ishikawa
2  5707 N. West Avenue
Fresno, California 93711
3  Telephone: (559) 431-5700

4  Attorney for Jackye Smith

5

6  **IN THE UNITED STATES DISTRICT COURT FOR THE**

7  **EASTERN DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| 9  JACKYE SMITH, ) | 1:06-cv-01186 AWI TAG |
| 10         Plaintiff, ) | |
| 11     v.    ) | STIPULATION AND ORDER TO EXTEND TIME |
| 12  MICHAEL J. ASTRUE, ) | |
|     Commissioner of Social Security, ) | |
| 13         Defendant. ) | |
| 14  _____) | |

Plaintiff cannot meet the deadline for filing plaintiff's opening brief which Is due May 11, 2007, and is therefore requesting an additional 30 days, or until June 11, 2007, in which to file her opening brief.

Dated: May _10_, 2007          /S/ ROBERT ISHIKAWA
                               _____
                               ROBERT ISHIKAWA
                               Attorney for Plaintiff, JACKYE SMITH

Dated: May _10_, 2007          /S/ KATHERINE LOO
                               _____
                               KATHERINE LOO
                               Assistant Regional Counsel

\\\
\\\
\\\
\\\
\\\
\\\

1

**ORDER**

Pursuant to the above stipulation, Plaintiff Jackye Smith is granted an extension of time to file her opening brief. The opening brief must be filed on or before June 11, 2007. Plaintiff is advised that this is the second extension of time granted by this Court, and failure to timely file her opening brief in accordance with this order may result in a recommendation that this action be dismissed for failure to comply with a court order and failure to prosecute. Local Rule 11-110.

IT IS SO ORDERED.

Dated:   **May 11, 2007**                                        /s/ Theresa A. Goldner
                                                                 UNITED STATES MAGISTRATE JUDGE