IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKYE SMITH, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MICHAEL J. ASTRUE, Commissioner )<br>of Social Security, )<br>)<br>Defendant. )<br>)<br>_____) | CIV F 06-1186  AWI TAG<br><br>ORDER ON MAGISTRATE<br>JUDGE'S FINDINGS AND<br>RECOMMENDATIONS |

Plaintiff is represented by counsel and seeks judicial review of a final decision of the Commissioner of Social Security (Commissioner) denying an application for disability benefits. The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302(c) (15).

On February 21, 2008, the Magistrate Judge filed findings and a recommendation that the Plaintiff's social security complaint be denied and that the Clerk be directed to enter judgment for Defendant Michael J. Astrue and against Plaintiff Jackye Smith. The findings and recommendations were served on all parties on February 21, 2008, and contained notice that any objections to the findings and recommendations were to be filed within fifteen (15) days of the date of service of the order. No party filed any objections.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review.  The Court finds that the findings and recommendations are supported by the record and

proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendation filed February 21, 2008, are ADOPTED IN FULL;
2. The Plaintiff's social security complaint is DENIED; and
3. The Clerk of Court is DIRECTED to enter judgment for Defendant Michael J. Astrue and against Plaintiff Jackye Smith.

IT IS SO ORDERED.

**Dated:   March 10, 2008**                    /s/ **Anthony W. Ishii**
                                               UNITED STATES DISTRICT JUDGE